■ VALLEY NATIONAL BANK, as Successor to the PARK AVENUE BANK, Respondent, v STEPHEN L. GURBA et al., Appellants. [51 NYS3d 65]—

Order, Supreme Court, New York County (Arthur F. Engoron, J.), entered December 15, 2014, which, after an inquest, dismissed defendants' affirmative defense of failure to mitigate

and directed entry of judgment in plaintiff's favor in the total amount of $4,905,185.26, unanimously affirmed, without costs.

The motion court correctly dismissed the defense of failure to mitigate, since plaintiff had no duty to sell the nonperishable collateral at any particular time, regardless of the demand of defendants (*see First Intl. Bank of Israel v Blankstein & Son*, 59 NY2d 436, 447 [1983]). The court also correctly allowed the calculation of the debt based on default interest, where plaintiff had the clear contractual right to impose such interest once a default occurred.

The fraud defenses were dismissed in another order not appealed from, and, in any event, the defenses were correctly dismissed, as there was no writing that met the requirements of 12 USC § 1823 (e) (1) (*see Aurora Loan Servs. LLC v Sadek*, 809 F Supp 2d 235, 241 [SD NY 2011]). Concur—Friedman, J.P., Sweeny, Moskowitz, Gische and Kapnick, JJ.